Broad, et al., Appellants, *v.* Mr. Ed., Inc.

Argued March 18, 1975. *Abraham J. Golden,* for appellants; *Richard A. Mitchell,* with him *Cramp, D'-Iorio, McConchie & Surrick,* for appellee.

Order affirmed.

Cadogan, Appellant, *v.* Forsythe Associates, Inc.
Cadogan, Appellant, *v.* Rowen.

Argued March 20, 1975. *Barton A. Haines,* for appellant; *Herbert F. Holmes, Jr.,* for appellees.

Order affirmed.

Cantor Appeal.

Argued March 21, 1975. *Bruce E. Cooper,* with him *Cooper, Friedman & Butler,* for appellant; *Edgar B. Bayley,* with him *Arnold, Slike & Bayley,* for appellee.

Order affirmed.